In the Matter of the Claim of AUGUST SWANSON, Respondent, against HARBOLD REALTY COMPANY, INC., and THE INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Appeal by employer and insurance carrier from an award of the State Industrial Board allowing disability compensation to claimant. Claimant was employed as building service mechanic and on January 30, 1940, while engaged in his regular occupation and while lifting a heavy can of ashes, sustained injuries which aggravated a pre-existing heart condition. As a consequence claimant was totally disabled for the period of the award on appeal. There is ample proof to support a finding that claimant suffered an accidental injury arising out of and in the course of the employment which resulted in the disability for which award was made. There is direct medical testimony that claimant's disability was the result of straining and exertion employed in the work in which he was engaged. The award should be affirmed, with costs to the State Industrial Board. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of FRANCES WEISS, Respondent, against BUFFALO SCALE Co., INC., and THE STATE INSURANCE FUND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer and insurance carrier from an award of death benefits to the widow of a deceased employee. The sole question is whether the decedent's death was caused by an accidental injury which arose out of and in the course of his employment. He died from a heart attack while engaged in his employment. It has been found that the attack was brought on by unusual effort and activity. There is evidence to sustain this finding. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of JACOB MALLEN, Appellant, against NEWARK CROCKERY DECORATING Co. and HARTFORD ACCIDENT & INDEMNITY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— The claimant, a truckman, was assaulted. He was a part-time employee of the Newark Crockery Decorating Co. The assailants were part-time employees of the Trenton China Company. Each of these companies had a place of business on the Bowery in New York city. The Board has found and the evidence sustains the finding that the assault arose out of employment by the Trenton China Company and not the employer Newark Crockery Decorating Co. Decision unanimously affirmed, without costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.